UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ERIC C. MARTIN, )<br>)<br>*Plaintiff,* )<br>vs. )<br>)<br>TOWN OF TONAWANDA POLICE DEPARTMENT )<br>o/b/o TOWN OF TONAWANDA, )<br>SPEEDWAY, LLC, )<br>MARK MUSCOREIL, and )<br>BRIAN VALINT, )<br>)<br>*Defendants.* )<br>) | Case No.: _____ |

**INDEX OF DOCUMENTS TO NOTICE OF REMOVAL**

Pursuant to Rule 81(a)(3)(A) of the Local Rules of Civil Procedure for the United States District Court for the Western District of New York, the following is an index of documents filed and/or served in Supreme Court of the State of New York for the County of Erie:

Exhibit 1:   Notice of Claim

Exhibit 2:   Amended Notice of Claim

Exhibit 3:   Summons & Complaint ["Initial Complaint"], including summons and related proofs of service

Exhibit 4:   Stipulation for Partial Discontinuance as to Defendant Marathon Petroleum Corporation (Pre-RJI)

Exhibit 5:   Answer with Cross-claims of Defendant Speedway, LLC

Exhibit 6:   Answer of Defendant Tonawanda Police Department o/b/o Town of

Tonawanda

Exhibit 7:     Answer of Defendant Tonawanda to Cross-Claims of Co-Defendant Speedway

Exhibit 8:     Request for Judicial Intervention filed by Plaintiff

Exhibit 9:     Plaintiff's Motion to Compel (Motion #001)

Exhibit 10:    Defendant Tonawanda's Opposition to Plaintiff's Motion to Compel (Motion #001)

Exhibit 11:    Letter to Judge from Co-Defendant Speedway

Exhibit 12:    Plaintiff's Reply Affirmation (Motion #001)

Exhibit 13:    Plaintiff's Motion to Compel (Motion #002)

Exhibit 14:    Proposed Order (Motion #001)

Exhibit 15:    Letter to Judge from Defendant Tonawanda

Exhibit 16:    Order – Motion – Long Form (Motion #001)

Exhibit 17:    Plaintiff's Motion to Compel (Motion #003)

Exhibit 18:    Notice of Appeal and Proof of Service (Motion #003) by Defendant Tonawanda

Exhibit 19:    Co-Defendant Speedway's Cross-Motion for Order of Protection (Motion #004)

Exhibit 20:    Defendant Tonawanda's Opposition to Plaintiff's Motion to Compel (Motion #003)

Exhibit 21:    Plaintiff's Reply Affirmation (Motion #003)

Exhibit 22:    Plaintiff's Reply Affirmation (Motion #002)

Exhibit 23:    Plaintiff's Reply Affirmation (Motion #004)

Exhibit 24:   Letter to Judge from Co-Defendant Speedway (Motion #002)

Exhibit 25:   Proposed Order and Transcript of Proceedings (Motion #002)

Exhibit 26:   Letter to Judge from Co-Defendant Speedway (Motion #002)

Exhibit 27:   Proposed Order (Motion #002)

Exhibit 28:   Letter to Judge from Plaintiff (Motion #004)

Exhibit 29:   Letter to Judge from Co-Defendant Speedway (Motion #004)

Exhibit 30:   Proposed Order and Transcript of Proceedings (Motion #004)

Exhibit 31:   Letter to Judge from Co-Defendant Speedway (Motion #002)

Exhibit 32:   Letter to Judge from Co-Defendant Speedway (Motion #004)

Exhibit 33:   Letter to Judge from Plaintiff (Motion #002)

Exhibit 34:   Proposed Order (Motion #002)

Exhibit 35:   Letter to Judge from Plaintiff (Motion #004)

Exhibit 36:   Proposed Order (Motion #004)

Exhibit 37:   Order – Motion – Long Form (Motion #002) corrected

Exhibit 38:   Order – Motion – Long Form (Motion #004) corrected

Exhibit 39:   Notice of Entry (Motion #002)

Exhibit 40:   Notice of Entry (Motion #004)

Exhibit 41:   Notice of Entry (Motion #002)

Exhibit 42:   Notice of Entry (Motion #004)

Exhibit 43:   Memorandum Decision (Motion #004)

Exhibit 44:   Order (Motion #004)

Exhibit 45:   Order – Motion – Long Form (Motion #004)

Exhibit 46:   Notice of Entry (Motion #004)

<u>Exhibit 47:</u>   Proposed Order (Motion #003)

<u>Exhibit 48:</u>   Order – Motion – Long Form (Motion #003)

<u>Exhibit 49:</u>   Notice of Entry (Motion #003)

<u>Exhibit 50:</u>   Letter to Judge from Co-Defendant Speedway

<u>Exhibit 51:</u>   Letter to Judge from Co-Defendant Speedway – So Ordered

<u>Exhibit 52:</u>   Plaintiff's Motion to Amend (Motion #005)

<u>Exhibit 53:</u>   Letter to Judge from Co-Defendant Speedway

<u>Exhibit 54:</u>   Attorney Affirmation in Opposition from Defendant Tonawanda (Motion #005)

<u>Exhibit 55:</u>   Reply Affirmation from Plaintiff (Motion #005)

<u>Exhibit 56:</u>   Proposed Order (Motion #005)

<u>Exhibit 57:</u>   Order – Motion – Long Form (Motion #005)

<u>Exhibit 58:</u>   Notice of Entry (Motion #005)

<u>Exhibit 59:</u>   Amended Summons and Complaint (Post RJI)

<u>Exhibit 60:</u>   Co-Defendant Speedway Answer to Amended Complaint

<u>Exhibit 61:</u>   Letter to Judge from Co-Defendant Speedway