SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ERIE

ERIC C. MARTIN,

                Plaintiff,        STIPULATION OF PARTIAL
                                                                 DISCONTINUANCE
vs.                                                   INDEX NO.: 808523/2021

TOWN OF TONAWANDA POLICE DEPARTMENT
o/b/o THE TOWN OF TONAWANDA, SPEEDWAY LLC,
MARATHON PETROLEUM CORPORATION, and
JOHN DOE #1, 2, 3, 4, 5, 6, 7, 8,

                Defendants.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the parties that have appeared to date in the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued, only as to defendant, MARATHON PETROLEUM CORPORATION, without prejudice, and without costs to any party as against the other.

Dated: July 13, 2021                               Dated: July 16, 2021

*signature*                                                   *Brittany L Ho* signature

John Feroleto, Esq.                            Brittany L. Hannah, Esq.
**FEROLETO LAW**                               **SUGARMAN LAW FIRM, LLP**
Attorneys for Plaintiff                           Attorneys for Speedway LLC
Office and Post Office Address            Office and Post Office Address
438 Main Street, Suite 910                  211 West Jefferson Street, Suite 20
Buffalo, New York 14202                    Syracuse, New York 13202
Telephone: (716) 854-0700                Telephone: (315) 474-2943