STATE OF NEW YORK
SUPREME COURT :: COUNTY OF ERIE

ERIC C. MARTIN,

          Plaintiff,

v.

THE TOWN OF TONAWANDA
POLICE DEPARTMENT
o/b/o THE TOWN OF TONAWANDA,
SPEEDWAY, LLC,
MARATHON PETROLEUM CORPORATION,
and JOHN DOES #1, 2, 3, 4, 5, 6, 7, 8
as employees of Defendant TOWN OF
TONAWANDA POLICE DEPARTMENT,

          Defendants.

**ANSWER TO CROSS CLAIMS OF CO-DEFENDANTS**

Index No. 808523/2021

Defendants THE TOWN OF TONAWANDA POLICE DEPARTMENT o/b/o THE TOWN OF TONAWANDA, by and through its attorneys, Colucci & Gallaher, P.C., responds to codefendant SPEEDWAY, LLC's cross claim as follows:

1. Denies the allegations contained in co-defendant Speedway, LLC's Cross Claim, referenced in paragraph 19 of its answer, as alleged against the Defendant The Town of Tonawanda Police Department o/b/o The Town of Tonawanda.

| | | |
|---|---|---|
| DATED: | Buffalo, New York<br>September 10, 2021 | COLUCCI & GALLAHER, P.C.<br><br>_____<br>Paul G. Joyce<br>Marc Smith<br>2000 Liberty Building<br>424 Main Street<br>Buffalo, New York 14202<br>(716) 853-4080<br>pjoyce@colucci-gallaher.com<br>*Attorneys for Defendant, The Town of Tonawanda Police Department o/b/o The Town of Tonawanda* |

TO: Brittany L. Hannah, Esq.
**SUGARMAN LAW FIRM, LLP**
*Attorneys for Speedway LLC and Marathon Petroleum Corporation*
Office and Post Office Address
211 West Jefferson Street
Syracuse, New York 13202
Telephone: 315-362-8942
bhannah@sugarmanlaw.com

CC: John Feroleto, Esq.
Feroleto Law
*Attorneys for Plaintiff*
438 Main Street, Suite 910
Buffalo, New York 14201
(716) 854-0700

## Affirmation of Service

Paul G. Joyce, affirms that a true and complete copy of the foregoing Answer was served via Electronic Filing at the New York State Courts Website-designated for e-filing matters to counsel of record, as follows:

Brittany L. Hannah, Esq.
Sugarman Law Firm, LLP
*Attorneys for Speedway LLC and*
*Marathon Petroleum Corporation*
Office and Post Office Address
211 West Jefferson Street
Syracuse, New York 13202

John Feroleto, Esq.
Feroleto Law
*Attorneys for Plaintiff*
438 Main Street, Suite 910
Buffalo, New York 14201

Paul G. Joyce, Esq.