# REQUEST FOR JUDICIAL INTERVENTION

**SUPREME** COURT, COUNTY OF **ERIE**

Index No: 808523/2021    Date Index Issued: 06/29/2021

(rev. 02/01/2022)

**CAPTION** — Enter the complete case caption. Do not use et al or et ano. If more space is needed, attach a caption rider sheet.

ERIC C. MARTIN

*Plaintiff(s)/Petitioner(s)*

-against-

TOWN OF TONAWANDA POLICE DEPARTMENT o/b/o the TOWN OF TONAWANDA, SPEEDWAY, LLC, and JOHN DOE #1, 2, 3, 4, 5, 6, 7, 8 as employees of Defendant, TOWN OF TONAWANDA

*Defendant(s)/Respondent(s)*

**For Court Use Only:**
IAS Entry Date
Judge Assigned
RJI Filed Date

**NATURE OF ACTION OR PROCEEDING** — Check only one box and specify where indicated.

**COMMERCIAL**
- ☐ Business Entity (includes corporations, partnerships, LLCs, LLPs, etc.)
- ☐ Contract
- ☐ Insurance (where insurance company is a party, except arbitration)
- ☐ UCC (includes sales and negotiable instruments)
- ☐ Other Commercial (specify): ____
  NOTE: For Commercial Division assignment requests pursuant to 22 NYCRR 202.70(d), complete and attach the **COMMERCIAL DIVISION RJI ADDENDUM (UCS-840C)**.

**TORTS**
- ☐ Asbestos
- ☐ Child Victims Act
- ☐ Environmental (specify): ____
- ☐ Medical, Dental or Podiatric Malpractice
- ☐ Motor Vehicle
- ☐ Products Liability (specify): ____
- ☐ Other Negligence (specify): ____
- ☐ Other Professional Malpractice (specify): ____
- ☒ Other Tort (specify): False Imprisonment

**SPECIAL PROCEEDINGS**
- ☐ Child-Parent Security Act (specify): ☐ Assisted Reproduction  ☐ Surrogacy Agreement
- ☐ CPLR Article 75 – Arbitration    [see NOTE in COMMERCIAL section]
- ☐ CPLR Article 78 – Proceeding against a Body or Officer
- ☐ Election Law
- ☐ Extreme Risk Protection Order
- ☐ MHL Article 9.60 – Kendra's Law
- ☐ MHL Article 10 – Sex Offender Confinement (specify): ☐ Initial  ☐ Review
- ☐ MHL Article 81 (Guardianship)
- ☐ Other Mental Hygiene (specify): ____
- ☐ Other Special Proceeding (specify): ____

**MATRIMONIAL**
- ☐ Contested
  NOTE: If there are children under the age of 18, complete and attach the **MATRIMONIAL RJI ADDENDUM (UCS-840M)**.
  For Uncontested Matrimonial actions, use the Uncontested Divorce RJI (**UD-13**).

**REAL PROPERTY**   Specify how many properties the application includes: ____
- ☐ Condemnation
- ☐ Mortgage Foreclosure (specify): ☐ Residential  ☐ Commercial
  Property Address: ____
  NOTE: For Mortgage Foreclosure actions involving a one to four-family, owner-occupied residential property or owner-occupied condominium, complete and attach the **FORECLOSURE RJI ADDENDUM (UCS-840F)**.
- ☐ Partition
  NOTE: Complete and attach the **PARTITION RJI ADDENDUM (UCS-840P)**.
- ☐ Tax Certiorari (specify): Section: ____ Block: ____ Lot: ____
- ☐ Tax Foreclosure
- ☐ Other Real Property (specify): ____

**OTHER MATTERS**
- ☐ Certificate of Incorporation/Dissolution [see NOTE in COMMERCIAL section]
- ☐ Emergency Medical Treatment
- ☐ Habeas Corpus
- ☐ Local Court Appeal
- ☐ Mechanic's Lien
- ☐ Name Change/Sex Designation Change
- ☐ Pistol Permit Revocation Hearing
- ☐ Sale or Finance of Religious/Not-for-Profit Property
- ☐ Other (specify): ____

**STATUS OF ACTION OR PROCEEDING** — Answer YES or NO for every question and enter additional information where indicated.

|  | YES | NO |  |
|---|---|---|---|
| Has a summons and complaint or summons with notice been filed? | ☒ | ☐ | If yes, date filed: 06/29/2020 |
| Has a summons and complaint or summons with notice been served? | ☒ | ☐ | If yes, date served: 07/09/2020 |
| Is this action/proceeding being filed post-judgment? | ☐ | ☒ | If yes, judgment date: ____ |

**NATURE OF JUDICIAL INTERVENTION** — Check one box only and enter additional information where indicated.

- ☐ Infant's Compromise
- ☐ Extreme Risk Protection Order Application
- ☐ Note of Issue/Certificate of Readiness
- ☐ Notice of Medical, Dental or Podiatric Malpractice   Date Issue Joined: ____
- ☐ Notice of Motion   Relief Requested: ____   Return Date: ____
- ☐ Notice of Petition   Relief Requested: ____   Return Date: ____
- ☐ Order to Show Cause   Relief Requested: ____   Return Date: ____
- ☐ Other Ex Parte Application   Relief Requested: ____
- ☐ Partition Settlement Conference
- ☐ Poor Person Application
- ☒ Request for Preliminary Conference
- ☐ Residential Mortgage Foreclosure Settlement Conference
- ☐ Writ of Habeas Corpus
- ☐ Other (specify): ____

## RELATED CASES

If additional space is required, complete and attach the RJI ADDENDUM (UCS-840A).

| Case Title | Index/Case Number | Court | Judge (if assigned) | Relationship to instant case |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## PARTIES

For parties without an attorney, check the "Un-Rep" box and enter the party's address, phone number and email in the space provided. If additional space is required, complete and attach the RJI ADDENDUM (UCS-840A).

| Un-Rep | Parties - List parties in same order as listed in the caption and indicate roles (e.g., plaintiff, defendant, 3rd party plaintiff, etc.) | Attorneys and Unrepresented Litigants - For represented parties, provide attorney's name, firm name, address, phone and email. For unrepresented parties, provide party's address, phone and email. | Issue Joined - For each defendant, indicate if issue has been joined. | Insurance Carriers - For each defendant, indicate insurance carrier, if applicable. |
|---|---|---|---|---|
| ☐ | Name: ERIC C. MARTIN  Role(s): Plaintiff | John Feroleto, Feroleto Law, 438 Main St., #910, Buffalo, NY 14202, 716-854-0700, john.feroleto@feroletolaw.com | ● YES  ○ NO | |
| ☐ | Name: TTPD obo Town of Tonawanda  Role(s): Defendant | Paul G. Joyce, Colucci & Gallaher, PC, 424 Main St., #2000, Buffalo, NY 14202, 716-853-4080, PJoyce@colucci-gallaher.com | ● YES  ○ NO | |
| ☐ | Name: SPEEDWAY LLC  Role(s): Defendant | Brittany L. Hannah, Sugarman Law Firm, LLP, 211 W Jefferson St., #20, Syracuse, NY 13202, 315-474-2943, bhannah@sugarmanlaw.com | ● YES  ○ NO | |

**I AFFIRM UNDER THE PENALTY OF PERJURY THAT, UPON INFORMATION AND BELIEF, THERE ARE NO OTHER RELATED ACTIONS OR PROCEEDINGS, EXCEPT AS NOTED ABOVE, NOR HAS A REQUEST FOR JUDICIAL INTERVENTION BEEN PREVIOUSLY FILED IN THIS ACTION OR PROCEEDING.**

Dated: 03/18/2022

_____  
Attorney Registration Number

_____  
Signature  
**John Feroleto**  
Print Name