

211 West Jefferson Street, Suite 20
Syracuse, NY 13202-2680
Phone: (315) 474-2943
Fax: (315) 474-0235
www.sugarmanlaw.com

June 6, 2022

**VIA ELECTRONICALLY FILED**
Honorable Catherine R. Nugent Panepinto
Supreme Court Justice
Part 5 - 3rd floor
92 Franklin Street
Buffalo, New York 14202

|  |  |
|---|---|
| Re: | *Martin, Eric v. Speedway LLC, et al* |
| Our File: | W08009 |
| Index No.: | 808523/2021 |

Dear Judge Panepinto:

Please be advised that I represent defendant, Speedway LLC, in the above-referenced matter. With regards to the pending motion that is scheduled to be heard before your Honor on June 9, 2022 at 11:00 a.m., please be advised that I take no position on the motion and therefore, respectfully request that my appearance be excused.

Thank you.

Very truly yours,

*Brittany L Ha*

Brittany L. Hannah, Esq.
Direct Dial No.: (315) 362-8942
bhannah@sugarmanlaw.com

BLH/dmr
cc:
    John Feroleto, Esq.
    **FEROLETO LAW**
    438 Main Street, Suite 910
    Buffalo, New York  14202

    Paul G. Joyce, Esq. and Marc S. Smith, Esq.
    **COLUCCI & GALLAHER, P.C.**
    2000 Liberty Building
    424 Main Street
    Buffalo, New York 14202

SERVICE BY FAX NOT ACCEPTED