# COLUCCI & GALLAHER, P.C.

Direct Dial:         (716) 853-6509
Email:               pjoyce@colucci-gallaher.com

July 8, 2022

<u>Via E-File</u>
Hon. Catherine Nugent Panepinto
Supreme Court, Part III
92 Franklin Street -Third Floor
Buffalo, New York 14202

       RE:   *Martin v. Town of Tonawanda, et al.*
                Index No. 808523/2021

Dear Justice Panepinto:

      This firm represents the Town of Tonawanda in the above-referenced matter. We are hereby requesting a preliminary conference in this matter for the purpose of establishing a scheduling order.

      You may recall that after the argument on the motion to compel, you referred us to Ms. Wolf regarding the scheduling order. Unfortunately, Ms. Wolf was not available at the time.

      Thank you for your courtesies and should the Court require anything further, please do not hesitate to contact the undersigned at (716) 853-6509.

                                       Respectfully submitted,

                                       Paul G. Joyce
                                       for COLUCCI & GALLAHER, P.C.

PGJ/sam
cc: via ECF:  Brittany L. Hannah, Esq.
                 John Feroleto, Esq.