STATE OF NEW YORK
SUPREME COURT : COUNTY OF ERIE

ERIC C. MARTIN

    Plaintiff,

v.

TOWN OF TONAWANDA POLICE
DEPARTMENT o/b/o the TOWN OF
TONAWANDA, SPEEDWAY LLC,
JOHN DOE #1, 2,3,4,5,6,7,8 as employees
of Defendant TOWN OF TONAWANDA
POLICE DEPARTMENT

    Defendants.

**NOTICE OF APPEAL**

Index No. 808523/2021

**PLEASE TAKE NOTICE** that Defendants, TOWN OF TONAWANDA POLICE DEPARTMENT o/b/o TOWN OF TONAWANDA, by and through its attorneys, Colucci & Gallaher, P.C., hereby appeals to the Appellate Division of the Supreme Court of the State of New York, Fourth Judicial Department, from the Order of the Supreme Court issued on July 7th, 2022 by the Hon. Catherine N. Panepinto, J.S.C., filed and entered at the Erie County Clerk's Office on July 12th, 2022, and served with a Notice of Entry on July 12th, 2022, granting Plaintiff's motion to compel. Defendant TOWN OF TONAWAND POLICE DEPARTMENT o/b/o TOWN OF TONAWANDA, hereby appeals from each and every part of said Order as is adverse to its position.

**DATED:** August 12th, 2022
     Buffalo, New York

COLUCCI & GALLAHER, P.C.

/s/ Marc Smith
Paul G. Joyce, Esq.
Marc Smith, Esq.
*Attorneys for Defendant*
*Town of Tonawanda Police Dept.*
2000 Liberty Building
424 Main Street
Buffalo, New York 14202
Telephone: (716) 853-4080

1

TO: John Feroleto, Esq.
FEROLETO LAW
*Attorneys for Plaintiff*
Office and Post Office Address
438 Main Street, Suite 910
Buffalo, New York 14201
(716) 854-0700
John.feroleto@feroletolaw.com

Brittany L. Hannah, Esq.
SUGARMAN LAW FIRM, LLP
*Attorneys for Speedway LLC and
Marathon Petroleum Corporation*
Office and Post Office Address
211 West Jefferson Street
Syracuse, New York 13202
Telephone: 315-362-8942
bhannah@sugarmanlaw.com

2

STATE OF NEW YORK
SUPREME COURT : COUNTY OF ERIE

---

ERIC C. MARTIN

                Plaintiff,

v.

TOWN OF TONAWANDA POLICE
DEPARTMENT o/b/o the TOWN OF
TONAWANDA, SPEEDWAY LLC,
JOHN DOE #1, 2,3,4,5,6,7,8 as employees
of Defendant TOWN OF TONAWANDA
POLICE DEPARTMENT

                Defendants.

Index No. 808523/2021

HON. CATHERINE NUGENT
PANEPINTO, J.S.C.

---

### **AFFIRMATION OF SERVICE**

Marc Smith, affirms that a true and complete copy of the foregoing Notice of Appeal was served via Electronic Filing at the New York State Courts Website-designated for e-filing matters to counsel of record, as follows:

John Feroleto, Esq.
**FEROLETO LAW**
*Attorneys for Plaintiff*
438 Main Street, Suite 910
Buffalo, New York 14201
(716) 854-0700
john.feroleto@feroletolaw.com

Brittany L. Hannah, Esq.
**SUGARMAN LAW FIRM, LLP**
*Attorneys for Speedway LLC and Marathon Petroleum Corporation*
Office and Post Office Address
211 West Jefferson Street
Syracuse, New York 13202
Telephone: 315-362-8942
bhannah@sugarmanlaw.com

                /s/Marc Smith
                Marc Smith, Esq.